IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BILLY JACK HAGGARD,** | § § § | |
| Petitioner, | § § | |
| v. | § § | CA No. 4:04-CV-855 |
| **COLE JETER, Warden,** | § § § § | |
| Responsdent. | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendations of the Magistrate Judge are correct, and they are adopted as the findings of the Court.

ENTERED: August 5 2005

JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS